**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Criminal Case No. 14-cr-00405-RM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.    NICHOLAS GREY,
2.    BRANDON DAVIS,

     Defendants.

---

### ORDER SETTING TRIAL DATES AND DEADLINES

---

This matter has been scheduled for a **three-day** jury trial on the docket of Judge

Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street,

Denver, Colorado to commence on **December 22, 2014 at 9:00 a.m.**  It is

ORDERED THAT all pretrial motions shall be filed by **November 5, 2014** and responses

to these motions shall be filed by **November 12, 2014**.  It is further

ORDERED that a Trial Preparation Conference is set for **December 17, 2014 at 9:00**

**a.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation

Conference:

    1)     jury selection;

    2)     sequestration of witnesses;

3)      timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED this 22nd day of October, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge