**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00405-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      NICHOLAS GREY,
2.      BRANDON DAVIS,

      Defendants.

---

**ORDER FOR PRODUCTION OF PERSONNEL FILES**

---

THIS MATTER is before the Court on Defendant Davis' Motion to Disclose all Training and Employment Guides and Tools Regarding the Scope, Duties and Responsibilities of a Postal Support Employee (ECF No. 34), as orally modified at a motions hearing on December 9, 2014, and on a motion adopting ECF No. 34 filed by Co-Defendant Grey, and the Court being fully advised in the matter,

IT IS HEREBY ORDERED:

THAT the government shall produce, as part of the relief orally granted by the Court, to each of Defendants Davis and Grey, a copy of his respective personnel file as maintained locally by the United States Postal Service;

THAT the copy of local personnel file shall be produced without redaction, deletion or alteration; and

THAT the files shall be provided to defense counsel on or before December 19, 2014.

DATED this 9th day of December, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge