# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE RAYMOND P. MOORE

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: December 9, 2014 |
| Court Reporter: Tammy Hoffschildt | Time: 58 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO.  14-CR-00405-RM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Mark Barrett |
| | Barbara Skalla |
| Plaintiff, | |
| vs. | |
| **1.  NICHOLAS GREY, and** | Timothy O'Hara |
| **2.  BRANDON DAVIS,** | Richard Banta |
| Defendants. | |

## MOTIONS HEARING

**1:03 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendants are present and on bond.

**ORDERED:** Defendant Brandon Davis' Motion to Disclose Grand Jury Material to Defendant [Docket No. 30], is **GRANTED**. Government shall submit a proposed Protective Order by **5:00 p.m. on December 12, 2014.**

**ORDERED:** Defendant Nicholas Grey's Oral Motion to join Docket No. 30 is **GRANTED**.

Page Two
14-CR-00405-RM
December 9, 2014

**Defendant Brandon Davis's Motion for Disclosure of Brady Material [Docket No. 31], joined by defendant Nicholas Grey.**

Argument by Mr. Banta.

Argument by Mr. Barrett.

**ORDERED:** Motion for Disclosure of Brady Material [Docket No. 31], is **DENIED as MOOT**, however the Government has a continuing obligation to produce any Brady material if it becomes aware of any.

**ORDERED:** Defendant Brandon Davis' Motion for Disclosure of *Jencks Material* [Docket No. 32], is **GRANTED**. Government shall produce any *Jencks Material* **10 days prior to trial.**

**Defendant Nicholas Grey's Motion to Sever [Docket No. 39]**

**Defendant Brandon Davis' Motion to Sever [Docket No. 33]**

**ORDERED:** Defendant Nicholas Grey's Motion to Sever [Docket No. 39], is **GRANTED**. Trial scheduled for December 22, 2014 at 9:00 a.m. and trial preparation conference scheduled for December 17, 2014 at 9:00 a.m. are **VACATED**. Trial is rescheduled for **January 12, 2015 at 9:00 a.m.**

**ORDERED:** Defendant Brandon Davis' Motion to Sever [Docket No. 33], is **GRANTED**. Trial scheduled for December 22, 2014 at 9:00 a.m. and trial preparation conference scheduled for December 17, 2014 at 9:00 a.m. are **VACATED**. Trial is rescheduled for **January 19, 2015 at 9:00 a.m.**

**Defendant Brandon Davis' Motion for Discovery of Employment and Training Guidelines [Docket No. 34]**

**Defendant Nicholas Grey's Motion for Disclosure of All United States Postal Service Training Materials [Docket No. 37]**

Argument by Mr. Banta.

Argument by Mr. Barrett.

Argument by Mr. O'Hara.

Page Three
14-CR-00405-RM
December 9, 2014

**ORDERED:** Defendant Brandon Davis' Motion for Discovery of Employment and Training Guidelines [Docket No. 34] and Defendant Nicholas Grey's Motion for Disclosure of All United States Postal Service Training Materials [Docket No. 37] are **GRANTED in PART and DENIED in PART.**

**ORDERED:** The Government shall provide each defendant with his personnel file, to the extent they continue to exist. To the extent that the Government is aware of any training or instructions the defendants have received with respect to the handling of suspected marijuana, that should also be provided to the defendants.

**Defendant Brandon Davis' Motion for Discovery of Information Regarding Anonymous Caller [Docket No. 35]**

Argument by Mr. Banta.

Argument by Mr. Barrett.

**ORDERED:** Defendant Brandon Davis' Motion for Discovery of Information Regarding Anonymous Caller [Docket No. 35], is **GRANTED** to the extent of the production that occurred here today in open Court.

**Defendant Brandon Davis' Motion for Disclosure of *Brady Material* [Docket No. 38]**

**Defendant Nicholas Grey's Motion for Order for Production of *Bruton* and Rule 801(d)(2)(E) Materials [Docket No. 36]**

**ORDERED:** Court reserves ruling on Defendant Brandon Davis' Motion for Disclosure of *Brady Material* [Docket No. 38] and Defendant Nicholas Grey's Motion for Order for Production of *Bruton* and Rule 801(d)(2)(E) Materials [Docket No. 36].

**ORDERED:** The Government shall advise in writing whether or not it has any co-conspirator statements by **December 12, 2014.** If the Government determines there are co-conspirator statements it shall file a James Log indicating what the statements are and the basis to conclude they are co-conspirator statements by **December 19, 2014.** Defendants may respond to the James Log including any objections by **December 31, 2014.**

Page Four
14-CR-00405-RM
December 9, 2014

**ORDERED:**  Bond is continued.

**2:01 p.m.     COURT IN RECESS**

**Total in court time:         58 minutes**

**Hearing concluded**